IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02453-WJM-MEH

LISA KAY BRUMFIEL,

    Plaintiff,

v.

U.S. BANK, N.A. trustee, for Merrill Lynch/ First Franklin Mortgage Loan Trust,
Mortgage Loan Asset Backed Certificates, Series 2007 FF1,
SELECTED PORTFOLIO SERVICING INC.,
BANK OF AMERICA N.A., and
JOHN DOES 1-100,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 26, 2014.**

    Defendant's Motion to Vacate Scheduling Conference [filed November 25, 2014; docket #53] is **granted**. In light of this Court's Recommendation to dismiss Plaintiff's complaint [docket #39], the Scheduling Conference currently set for **December 3, 2014** at 10:45 a.m. is **vacated**. The Court will reset the Scheduling Conference, if necessary, upon the District Court's ruling on this Court's Recommendation to dismiss the case.