**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-02453-WJM

LISA KAY BRUMFIEL,

    Plaintiff,

v.

U.S. BANK, N.A. trustee, Merrill Lynch / First Franklin Mortgage Loan Trust trustee, Mortgage Loan Asset Backed Certificates, Series 2007 FF1,
SELECTED PORTFOLIO SERVICING INC.,
BANK OF AMERICA N.A.

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case, and the Order Adopting in Part and Rejecting in Part October 28, 2014 Recommendation of Magistrate Judge, And Granting Defendants' Motion to Dismiss, entered by the Honorable William J. Martínez on December 11, 2014,

IT IS ORDERED that

1. The October 28, 2014 Recommendation of the U.S. Magistrate Judge (ECF No. 39) is ADOPTED IN PART as to the *Colorado River* doctrine and REJECTED IN PART as to the *Younger* abstention doctrine;

2. Plaintiff's Objections to the Recommendation (ECF No. 43) are OVERRULED IN PART as to the *Colorado River* doctrine and SUSTAINED IN PART as to the *Younger* abstention doctrine;

3. Defendants' Motion to Dismiss Complaint Under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (ECF No. 10) is GRANTED; and

4. Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

5. Final Judgment is entered against Plaintiff and in favor of Defendants.

6. Defendants shall have their costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of Final Judgment.

Dated at Denver, Colorado this 12th day of December 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By: __Deborah Hansen__
Deborah Hansen, Deputy Clerk