IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-2453-WJM-MEH | Date: | January 15, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

| *Parties:* | *Counsel:* |
|---|---|
| LISA KAY BRUMFIEL | Pro se |
| Plaintiffs, | |
| v. | |
| US BANK NA, ET AL | Sean Hanlon |
| | James Phillips |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING**

**10:45 a.m.     Court in session.**

Court calls case. Appearances of counsel.

Following oral argument regarding the [58] MOTION for Order to *Declare Lisa Kay Brumfiel a Vexatious Litigant and Imposing Pro Se Filing Limitations* by Defendant US Bank NA., the Court has TAKEN THE MATTER UNDER ADVISEMENT and will prepare a Report and Recommendation regarding same.

IT IS ORDERED that the plaintiff is to submit the original unsigned mortgage, deed, and trust that she received from the closing on or before February 9, 2015.

IT IS FURTHER ORDERED that the defendant is to submit copies of the original signed mortgage, deed, and trust documents from the closing.

Bank of America formally joined in the Motion and oral argument.

**12:10 p.m.     Court in recess.**

Hearing concluded.
Total in-court time   01:25
*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.