IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02453-WJM-MEH

LISA KAY BRUMFIEL,

    Plaintiff,

v.

U.S. BANK, N.A. trustee, for Merrill Lynch/ First Franklin Mortgage Loan Trust,
Mortgage Loan Asset Backed Certificates, Series 2007 FF1,
SELECTED PORTFOLIO SERVICING INC.,
BANK OF AMERICA N.A., and
JOHN DOES 1-100,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 9, 2015.**

    Defendant's Unopposed Motion for Clarification [filed February 5, 2015; docket #68] is **granted in part and denied in part**. In light of the Court's ruling granting the Motion to Declare Plaintiff a Vexatious Litigant, the Court's order that Plaintiff submit documents to assist the Court in resolving that motion is discharged. To the extent Plaintiff seeks a statement from this Court regarding her allegation that the documents submitted by defense counsel are fraudulent, the Court declines to do so. Such a request entails factual findings on the merits of the case, and the case is closed.